UNITED STATES OF AMERICA
DEPARTMENT OF JUSTICE

## SUBPOENA DUCES TECUM

**TO:**   Custodian of Records
Missouri Baptist Medical Center
3015 N. Ballas Road
St. Louis, MO  63131

YOU ARE HEREBY COMMANDED TO APPEAR BEFORE

Dorothy L. McMurtry, Assistant United States Attorney          ,
an official of the U.S. Department of Justice, and you are hereby required to bring with you and produce the following:

**See Attachment**

which are necessary in the performance of the responsibility of the U.S. Department of Justice to investigate federal health care offenses, defined in 18 U.S.C. § 24(a) to mean violation of, or conspiracies to violate: 18 U.S.C. §§ 669, 1035, 1347, or 1518; and 18 U.S.C. §§ 287, 371, 666, 1001, 1027, 1341, 1343, or 1954 if the violation or conspiracy relates to a health care benefit program (defined in 18 U.S.C. § 24(b)).

**PLACE AND TIME FOR APPEARANCE:**
At the U.S. Attorney's Office, Thomas F. Eagleton U.S. Courthouse, 111 South 10th Street, Room 20.333, St. Louis, Missouri 63102
on the  30th  day of  September ,   2022  , at   10:00   o'clock   A.M.

Failure to comply with the requirements of this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.  **The subpoenaed documents may be turned over to the agent serving process in lieu of appearing.**

Issued under authority of Sec. 248 of the Health Insurance
Portability & Accountability Act of 1996, Public Law No. 104-91
(18 U.S.C. § 3486)

*IN TESTIMONY WHEREOF*

Dorothy L. McMurtry
*The undersigned official of the U.S. DEPARTMENT OF JUSTICE, has hereunto set his/her hand this*     12th     day of    September     , 2022.

 /s/  Dorothy L. McMurtry
(SIGNATURE)
Phone:  (314) 539-2200

USAO # 2018R01489

Form CRM-180
Mar. 97

**EXHIBIT A**

**RETURN OF SERVICE**

I, being a person over 18 years of age, hereby certify that a copy of this subpoena was duly served on the person named herein by means of --

1. Personal delivery to an individual, to wit:

   _____
   (Name)

   _____
   (Title)

   _____
   (Address)

2. Personal delivery to an address, to wit:

   _____
   (Description of premises)

   _____
   (Address)

3. Registered or certified mailing to:

   _____
   (Name)

   _____
   (Address)

at _____ ( ) a.m.      ( ) p.m. on _____

_____
(Signature)

_____
(Title)

Attachment to Subpoena

Custodian of Records
Missouri Baptist Medical Center
3015 N. Ballas Road
St. Louis, MO  63131

Definitions

A.	This subpoena is directed to the Custodian of Records Missouri Baptist Medical Center located at 3015 N. Ballas Road, St. Louis, MO  63131.

B.	"Communication(s)" is used in the broadest possible sense and means any transmission or exchange of information orally or in writing.  This definition includes email, SMS messages, text messages, instant messages, and social media.

C.	"Document" and "documents" are used in the broadest possible sense and include, but are not limited to, any hard copy or electronically store information and emails.  This definition includes any attachments, enclosures, or other matter affixed to or incorporated by reference within any document responsive to this subpoena.

D.	The terms "any," "all," "and," or "or" should be read in the conjunctive and disjunctive to provide the broadest possible meaning of to each subpoena request.

E.	The singular and plural forms of any word shall be construed interchangeably to bring within the scope of this subpoena any document which might otherwise be construed as outside its scope.

Instructions

A.	Unless otherwise stated, this subpoena seeks documents dated from January 1, 2014, to the date of this subpoena.

B.	This subpoena is continuing in nature.  If the subpoena recipient becomes aware of or acquires possession, custody, or control of additional documents that are responsive to this subpoena, the subpoena recipient shall promptly produce such additional documents.

C.	All documents provided in response to this subpoena are to include all marginalia and post-it notes, as well as any attachments referred to or incorporated by the documents.

  D. This subpoena applies to all documents and communications in the subpoena recipient's possession, custody, or control regardless of their location, including without limitation any responsive documents in the custody or control of your information technology agents and contractors, whether in-house or externally outsourced.

  E. If no documents exist that are responsive to a specific document request, a written statement to that effect shall be provided at the time of production.

  F. Where a claim of privilege is asserted in response to any document requested by this subpoena, and such document, or any part thereof, is not produced, please provide a privilege log wherein you refer to the specific paragraph of this subpoena to which the document is responsive and identify the type of document being withheld (*e.g.*, letter, memorandum, handwritten notes, marginalia, etc.), a description of its contents, its author(s), all actual and intended recipients of the document, its date, and the specific privilege being asserted, all with sufficient particularity so as to allow the Government, and potentially the Court, to assess the claim of privilege.

  G. This subpoena seeks un-redacted documents that may contain protected individually identifiable patient health information ("PHI"). The information sought in the subpoena is relevant to a legitimate and ongoing investigation by the U.S. Department of Justice, a health oversight agency, of federal health offenses involving health care benefit programs.

<u>Subpoenaed Documents</u>

Please produce the following documents:

1. Contracts, agreements, or other documents reflecting understandings between Missouri Baptist Medical Center and Dr. Asim Ali, date of birth 12/01/1970, and social security number ending in 4372 ("Dr. Ali") concerning Dr. Ali's practice at Missouri Baptist Medical Center.

2. Documents that reflect, refer, or relate to lawsuits or complaints by patients, family members of patients, or other patient representatives against Dr. Ali and/or Missouri Baptist Medical Center concerning the care or services provided by Dr. Ali. Documents responsive to this request should include, but not be limited to, the names, dates of birth, Social Security account numbers, and last known addresses and telephone numbers of the patients referenced in the lawsuits or complaints.

3. Documents that reflect, refer, or relate to complaints made against Dr. Ali by physicians, staff, and/or employees of Missouri Baptist Medical Center or any other individuals or entities.

4. Documents, including emails, that refer or relate to billing and reimbursement issues concerning the care or services provided by Dr. Ali.

5. Documents, including emails, that refer or relate to the quality of care or services provided by Dr. Ali, as measured by credentialling requirements, Quality Indicator assessments, post-surgery infection rates, post-surgery complications, or any other criteria used by Missouri Baptist Medical Center to evaluate and assess physicians.

6. Documents that reflect, relate, or refer to peer reviews completed on Dr. Ali.

7. Minutes of meetings, or portions thereof, where Dr. Ali's quality of care, coding and billing, and compensation for professional services were discussed by Missouri Baptist Center staff or agents who were responsible for monitoring, supervising, or evaluating Dr. Ali's actions at Missouri Baptist Medical Center.

8. Documents that reflect, relate, or refer to information, guidance, or training provided to Dr. Ali and other employees of Missouri Baptist Medical Center concerning (a) requirements for the proper prescribing of controlled substances to patients and (b) the Stark law, and (c) federal and state law concerning the kickbacks for patient referrals and services.

Please provide the requested information and documents, preferably in electronic format, to:

Federal Bureau of Investigation
2222 Market Street
St. Louis, Missouri 63103
(314) 589-3216
Attn: Special Agent (SA) Michael J. Badolato
Email: mbadolato@fbi.gov

If you have any questions, please contact SA Jordan at (314) 917-6568
Email: Stacey.Jordan@oig.hhs.gov

BUSINESS RECORDS DECLARATION

I, _____, with the understanding that I am subject to criminal penalty under the laws of the United States for perjury and making an intentionally false declaration, declare that

I, _____, am in the position, authorized, and qualified to make this declaration.  As part of my job duties, I am familiar with this organization's documents regarding records created by this organization regarding its licensees.

I declare that the documents attached to this declaration are original records or true copies of records which:

Were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

Were kept in the course of regularly conducted business activity;

Were made by a business as a regular practice; and,

If not original records, are true and accurate duplicates of original records.


Date of execution:  _____


Place of execution:  _____


Signature:          _____