| | |
|---|---|
| **From:** | John F. Mahon Jr. |
| **Sent:** | Thursday, September 29, 2022 1:57 PM |
| **To:** | 'McMurtry, Dorothy (USAMOE)' |
| **Cc:** | Stacey L (OIG/OI) Jordan (Stacey.Jordan@oig.hhs.gov); Sestric, Amy (USAMOE); Reiter, Meredith (USAMOE); Karen A. Leabig |
| **Subject:** | RE: [EXTERNAL] RE: Subpoenas to Missouri Baptist Medical Center |

Thanks very much, Dorothy. Let's plan on making the new deadline Friday, October 14 (10/15 is a Saturday). This will be the new subpoena response deadline, without waiving any potential defenses. John

---

**From:** McMurtry, Dorothy (USAMOE) <Dorothy.McMurtry@usdoj.gov>
**Sent:** Thursday, September 29, 2022 10:24 AM
**To:** John F. Mahon Jr. <jmahon@bakersterchi.com>
**Cc:** Stacey L (OIG/OI) Jordan (Stacey.Jordan@oig.hhs.gov) <stacey.jordan@oig.hhs.gov>; Sestric, Amy (USAMOE) <Amy.Sestric@usdoj.gov>; Reiter, Meredith (USAMOE) <Meredith.Reiter@usdoj.gov>; Karen A. Leabig <kleabig@bakersterchi.com>
**Subject:** [EXTERNAL SENDER] Re: [EXTERNAL] RE: Subpoenas to Missouri Baptist Medical Center

John,

We are willing to extend the production date to October 15, 2022. As to a motion, I do not know what bases your client would have to file such. Nonetheless, I will return to the office on Monday, October 3, and look forward to discussing your concerns.

Dorothy

Sent from my iPhone


On Sep 28, 2022, at 2:43 PM, John F. Mahon Jr. <jmahon@bakersterchi.com> wrote:


Dorothy, we received the subpoena with a 9/30/22 10am compliance deadline. I am still working with the hospital to determine what documents it may have that are responsive to the subpoena. My client may decide to file a motion like we did in the other matter, but before we make that decision, I would like to know what we are dealing with, including what we may have that we are willing to produce without objection. We are working on this, but I do not believe we will be finished by the compliance deadline. Can you be flexible on the deadline and agree to push it back a couple weeks? My plan is to finish our investigation and have a conversation with you before taking a next step. Please let me know when you can. Thank you, John

---

**From:** McMurtry, Dorothy (USAMOE) <Dorothy.McMurtry@usdoj.gov>
**Sent:** Wednesday, September 14, 2022 7:29 PM
**To:** John F. Mahon Jr. <jmahon@bakersterchi.com>
**Cc:** Stacey L (OIG/OI) Jordan (Stacey.Jordan@oig.hhs.gov) <stacey.jordan@oig.hhs.gov>; Sestric, Amy (USAMOE) <Amy.Sestric@usdoj.gov>; Reiter, Meredith (USAMOE) <Meredith.Reiter@usdoj.gov>; Karen A. Leabig <kleabig@bakersterchi.com>
**Subject:** [EXTERNAL SENDER] Re: [EXTERNAL] RE: Subpoenas to Missouri Baptist Medical Center

**EXHIBIT B**

John,

The subpoena is only requesting information about Dr. Asim Ali from MBMC. It will be emailed to you tomorrow. Thanks.

Dorothy

Sent from my iPhone

On Sep 14, 2022, at 6:03 PM, John F. Mahon Jr. <jmahon@bakersterchi.com> wrote:

Dorothy, I am authorized on behalf of Missouri Baptist Medical Center to accept service of a subpoena seeking documents concerning Asim Ali, MD. If there is more than one subpoena, or you are seeking documents from an entity other than MBMC and/or about a provider other than Dr. Ali, please let me know right away so I can make the appropriate inquiries. Thank you, John



**John F. Mahon Jr.**
Baker Sterchi Cowden & Rice LLC
100 North Broadway, Suite 2100 | St. Louis, Missouri 63102-2737
**D** 314.345.5094 | jmahon@bakersterchi.com | bakersterchi.com

**Please note that our website and email addresses have changed from bscr-law.com to bakersterchi.com. Please update your records accordingly.**

This communication and any attached file(s) are intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution, forwarding or copying of the contents of this communication, the information herein or hereto attached is prohibited, except by the intended recipient, an employee or agent responsible for delivering the message to the intended recipient. If you have received this communication in error, please notify the sender via e-mail or at the phone number provided in the signature block to this message. Thank you.

**From:** John F. Mahon Jr. <jmahon@bakersterchi.com>
**Sent:** Tuesday, September 13, 2022 9:58 AM
**To:** 'McMurtry, Dorothy (USAMOE)' <Dorothy.McMurtry@usdoj.gov>
**Cc:** Stacey L (OIG/OI) Jordan (Stacey.Jordan@oig.hhs.gov) <stacey.jordan@oig.hhs.gov>; Sestric, Amy (USAMOE) <Amy.Sestric@usdoj.gov>; Reiter, Meredith (USAMOE) <Meredith.Reiter@usdoj.gov>; Karen A. Leabig <kleabig@bakersterchi.com>
**Subject:** RE: Subpoenas to Missouri Baptist Medical Center

Dorothy, thanks for reaching out. I will get you a response today or tomorrow at the latest. John

**From:** McMurtry, Dorothy (USAMOE) <Dorothy.McMurtry@usdoj.gov>
**Sent:** Monday, September 12, 2022 9:57 AM
**To:** John F. Mahon Jr. <jmahon@bscr-law.com>
**Cc:** Stacey L (OIG/OI) Jordan (Stacey.Jordan@oig.hhs.gov) <stacey.jordan@oig.hhs.gov>;
Sestric, Amy (USAMOE) <Amy.Sestric@usdoj.gov>; Reiter, Meredith (USAMOE)
<Meredith.Reiter@usdoj.gov>
**Subject:** [EXTERNAL SENDER] Subpoenas to Missouri Baptist Medical Center

Good morning Mr. Mahon,

We have issued another subpoena to Missouri Baptist Medical Center ("MBMC") as part
of an investigation of Dr. Asim Ali and others.. Are you authorized and willing to accept
an emailed copy of the subpoena on MBMC's behalf or should we serve MBMC. Thanks
for your consideration of this matter.

Dorothy

Dorothy L. McMurtry
Assistant U.S. Attorney
U.S. Attorney's Office
111 South 10th Street
St. Louis, Missouri 63102
dorothy.mcmurtry@usdoj.gov
314-539-6813 office
314-249-5096 mobile

This email has been scanned for viruses and malware by **Mimecast**.

This email has been scanned for viruses and malware by **Mimecast**.