# IN THE MATTER OF ADMINISTRATIVE SUBPOENA DUCES TECUM SERVED UPON MISSOURI BAPTIST MEDICAL CENTER ON SEPTEMBER 15, 2022 COMPELLING PRODUCTION OF DOCUMENTS AND TANGLIBLE ITEMS CONCERNING DR. ASIM ALI

## Privilege Log of Missouri Baptist Medical Center

| Item | Date | Document Title | Privilege(s) Claimed |
|---|---|---|---|
| 1. | 12-18-2018 | Ongoing Professional Practice Evaluation Summary | Peer review privilege, § 537.035 RSMo. |
| 2. | 03-07-2019 | MBMC Quality and Patient Safety Peer Review Database Record Details. | Peer review privilege, § 537.035 RSMo. HIPAA / PHI |
| 3. | 07-11-2019 | Credentialling disclosure document. | Peer review privilege, § 537.035 RSMo. |
| 4. | 08-2019 | MBMC credentialling verification practitioner profile, correspondence, and National Practitioner Data Bank documentation. | Peer review privilege, § 537.035 RSMo. |
| 5. | 2019 | MBMC Medical Staff Biennial Reappointment Physician Checklist | Peer review privilege, § 537.035 RSMo. |
| 6. | 04-13-2020 | Current Summary Multiple Issues Feedback, with related Patient Safety correspondence and emails regarding patient complaint. | HIPAA / PHI |

EXHIBIT C